## GRIFFIN *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 129, September Term, 1964.]

*Decided May 7, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

For reasons stated in the opinion of Judge Grady below, the application for leave to appeal is hereby denied.

*Application denied.*